**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| PHILIP SMITH, | Case No. 23-1887 |
| Plaintiff, | |
| v. | [Proposed] **ORDER GRANTING PLAINTIFF'S MOTION TO SEAL PARAGRAPH 29 OF COMPLAINT** |
| COUPANG INC. and DOES 1-10, inclusive, | |
| Defendants. | |

Upon consideration of Plaintiff Philip Smith's Unopposed Motion to File Paragraph 29 of the Complaint Under Seal, and for good cause shown, it hereby **ORDERED**, that Plaintiff's Unopposed Motion to File Under Seal is **GRANTED**. The Court further ORDERS paragraph 29 of the Complaint (ECF No. 1) shall be sealed.

IT IS SO ORDERED

Date: 12/19/2023

*[signature]*

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO SEAL
Case No. 23-1887
Page 1 of 2

**Outten & Golden LLP**
One California Street, Suite 1250
San Francisco, CA 94111
(415) 638-8800