Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PHILIP SMITH,<br><br>Plaintiff,<br><br>v.<br><br>COUPANG INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 23-1887<br><br>**MOTION TO SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>**NOTE DATE: APRIL 26, 2024** |

Pursuant to Local Civil Rule 5(g)(2)(B), Plaintiff Phillip Smith hereby moves for leave to file under seal portions of his Opposition to Defendant's Motion to Dismiss the Amended Complaint, Dkt. 39, which references redacted and sealed paragraphs within the Amended Complaint ("AC"). In support, Plaintiff states as follows:

On February 26, 2024, Plaintiff filed the Amended Complaint with paragraphs 29, 31, and 40-43 fully or partially redacted. Dkt. 26. Plaintiff also filed a Motion to Seal the redacted paragraphs (Dkt. 27), which the Court granted on February 27, 2024.

MOTION TO SEAL PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS THE
AMENDED COMPLAINT
Case No. 23-1887
Page 1 of 3

**Outten & Golden LLP**
One California Street, Suite 1250
San Francisco, CA 94111
(415) 638-8800

1   On March 11, 2024, Defendant filed a Motion to Dismiss the Amended Complaint ("Motion"). Dkt. 30. Plaintiff filed his Opposition to the Motion on April 8, 2024. Dkt. 39. Because Plaintiff's Opposition references one or more of the sealed paragraphs from the AC, Plaintiff redacted his references to those sealed paragraphs in his Opposition.

For the foregoing reasons, Plaintiff respectfully requests the Court seal the redacted sections of Plaintiff's Opposition to Defendant's Motion to Dismiss the Amended Complaint because they reference one or more paragraphs from the AC, which this Court previously sealed.

## LOCAL RULE 7(E) CERTIFICATION

I certify that this motion contains 182 words, in compliance with the Local Civil Rules.

Dated:   April 8, 2024

Respectfully submitted,

By: /s/ *Cassandra Lenning*
Cassandra Lenning (WSBA #54336)
Jennifer Schwartz*
**OUTTEN & GOLDEN LLP**
One California Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 638-8800
Email: clenning@outtengolden.com
Email: jschwartz@outtengolden.com

Kendall Onyendu*
**OUTTEN & GOLDEN LLP**
685 3rd Ave, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Email: konyendu@outtengolden.com

MOTION TO SEAL PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT
Case No. 23-1887
Page 2 of 3

**Outten & Golden LLP**
One California Street, Suite 1250
San Francisco, CA 94111
(415) 638-8800

| | |
|---|---|
| 1 | |
| 2 | Michael C. Subit (WSBA #29189)<br>**FRANK FREED SUBIT & THOMAS LLP**<br>705 Second Avenue, Suite 1200<br>Seattle, WA 98104<br>Telephone: (206) 682-6177<br>Email: msubit@frankfreed.com |

*admitted *pro hac vice*

*Attorneys for Plaintiff*

MOTION TO SEAL PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT
Case No. 23-1887
Page 3 of 3

**Outten & Golden LLP**
One California Street, Suite 1250
San Francisco, CA 94111
(415) 638-8800