Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIP SMITH,

    Plaintiff,

vs.

COUPANG, INC.,

    Defendant.

Case No. 2:23-cv-01887-RAJ

**DEFENDANT COUPANG, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO SEAL PARAGRAPHS 29, 31, AND 40-43 OF THE CORRECTED AMENDED COMPLAINT**

NOTING DATE: April 19, 2024

Coupang Resp. to Mot. to Seal
Case No. 2:23-cv-01887-RAJ

Quinn Emanuel Urquhart & Sullivan, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

Defendant Coupang, Inc. ("Defendant" or "Coupang") hereby respectfully submits this Response to Plaintiff's Motion to Seal Paragraphs 29, 31, and 40-43 of the Corrected Amended Complaint (Dkt. 36) ("Plaintiff's Motion).

**ARGUMENT**

On December 8, 2023, Plaintiff filed a Complaint before this Court. Dkt. 1. Because that Complaint contained allegations referring to communications with, or advice provided by, Defendant's counsel, which were therefore protected by attorney-client privilege, Plaintiff consulted with Defendant's counsel before that filing to determine whether any portion of that Complaint should be filed under seal. As a result of that conference, Plaintiff submitted to this Court an Unopposed Motion to Seal certain paragraphs in that Complaint, which reflected attorney-client privileged information. Dkt. 2. This Court granted that Motion to Seal. Dkt. 11.

Defendant then filed a Motion to Dismiss the Complaint. In response, Plaintiff filed an Amended Complaint on February 26, 2024. Dkt. 28. Because that Amended Complaint again contained allegations referring to communications with, or advice provided by, Defendant's counsel, which were therefore protected by attorney-client privilege, Plaintiff again consulted with Defendant's counsel before that filing, to determine whether any portion of that Amended Complaint should be filed under seal. As a result of that conference, Plaintiff again submitted to this Court an Unopposed Motion to Seal Amended Complaint, seeking to seal certain paragraphs in that Amended Complaint, which reflected attorney-client privileged information. Dkt. 27. This Court likewise granted that Motion to Seal. Dkt. 29.

Defendant then filed a Motion to Dismiss the Amended Complaint. Dkt. 30. On April 5, 2024, Plaintiff filed a Motion for Leave to File Corrected Amended Complaint, attaching as Exhibit A the proposed Corrected Amended Complaint, and as Exhibit C a redline of that proposed Corrected Amended Complaint. Dkts. 37, 37-1, 37-3. Recognizing that Exhibits A and B (Dkts. 37-1 and 37-3) contained the same attorney-client privileged information that had been contained in the prior Amended Complaint, which had been filed under seal, Plaintiff contemporaneously filed a Motion to Seal those two exhibits. Dkt. 36.

COUPANG RESP. TO MOT. TO SEAL
CASE NO. 2:23-CV-01887-RAJ

-1-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

Plaintiff did not consult with Defendant prior to filing the Motion to Seal on April 5 (Dkt. 36), and therefore did not caption or docket that Motion as "unopposed." However, Defendant has since conferred with Plaintiff's counsel, and confirmed that Plaintiff's Motion to Seal is indeed unopposed.

Further, paragraphs 29, 31, and 40-43 of Plaintiff's proposed Corrected Amended Complaint (Exhibit A), and the redline of that document (Exhibit B), reflect alleged communications with Defendant's counsel, and/or alleged advice received by that counsel. Accordingly, those allegations are protected by attorney-client privilege, and should remain under seal. *See Hason v. Wells Fargo Home Tg., Inc.*, 2013 WL 5674997, at *3-4 (W.D. Wash. Oct. 17, 2013) (sealing as attorney-client privilege doctrine communications referenced in declaration "between counsel for the corporation and the corporation's employees"); *Ashby v. United States*, 2019 WL 1354157, at *1 (W.D. Wash. Mar. 26, 2019) (sealing declaration providing "detailed account of attorney-client communications"); *Creative Tent Int'l Inc. v. Kramer*, 2015 WL 4638320, at *3 (D. Ariz. Aug. 4, 2015) (sealing answer and counterclaim containing "privileged attorney-client communications").

## CONCLUSION

For the reasons set forth herein, Plaintiff's proposed Corrected Amended Complaint, and the redline of that document, filed at Dkts. 37-1 and 37-3, should be kept under seal.

COUPANG RESP. TO MOT. TO SEAL
CASE NO. 2:23-CV-01887-RAJ

-2-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

DATED: April 15, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Randa A.F. Osman, *pro hac vice*
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Phone (213) 443-3000
Fax (213) 443-3100
randaosman@quinnemanuel.com

Ryan Swindall, *pro hac vice*
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Phone (404) 482-3502
Fax (404) 681-8290
ryanswindall@quinnemanuel.com

*Attorneys for Defendant Coupang, Inc.*

COUPANG RESP. TO MOT. TO SEAL
CASE NO. 2:23-cv-01887-RAJ

-3-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

**LCR 7 WORD COUNT CERTIFICATION**

I certify that, in compliance with the 4,200 word limit set forth in Local Civil Rule 7(e)(4), this memorandum contains 539 words.

DATED: April 15, 2024

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685

COUPANG RESP. TO MOT. TO SEAL
CASE NO. 2:23-CV-01887-RAJ
-4-
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED: April 15, 2024

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685

COUPANG RESP. TO MOT. TO SEAL
CASE NO. 2:23-CV-01887-RAJ

-5-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000