Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PHILIP SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUPANG INC. and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 23-1887<br><br>**DECLARATION OF MICHAEL SUBIT IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED AMENDED COMPLAINT** |

I, Michael C. Subit, hereby state as follows:

1. I am a Partner with the law firm Frank Freed Subit & Thomas LLP, and counsel for Plaintiff Philip Smith in the above-captioned action. I submit this declaration in support of Plaintiff's Reply In Support of Plaintiff's Motion for Leave to File the Corrected Amended Complaint. Dkt. 47.

2. As part of Plaintiff's legal team, I reviewed and approved Plaintiff's Amended Complaint, Dkt. 26, prior to filing and did not recognize the naming errors raised by Defendant in its Opposition to Plaintiff's Motion for Leave to File Corrected Amended Complaint

SUBIT DECL. ISO MOT. FOR LEAVE TO FILE CORRECTED AMENDED COMPLAINT
Case No. 23-1887
Page 1 of 3

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (206) 682-6177

The signed document can be validated at https://app.vinesign.com/Verify

1. ("Opposition to Mot. For Leave") that were rectified in the Corrected Amended Complaint. Dkt. 35-1.

3. Counsel for the parties met and conferred via video conference on March 8, 2024 regarding Defendant's Motion to Dismiss Plaintiff's Amended Complaint. I, along with Cassandra Lenning and Kendall Onyendu, attended the conference on behalf of Plaintiff. Ryan Swindall, Randa Osman, and Alicia Cobb attended the conference on behalf of Defendant. The conference lasted approximately ten minutes.

4. Defense counsel raised a number of issues during the March 8 meet and confer. With regard to new allegations in Plaintiff's Amended Complaint, Ms. Cobb stated that Defendant intended to move to dismiss the new contract-based claim and that Plaintiff's Washington state claim would not apply given its reliance on the Sarbanes-Oxley Act ("SOX") as a public policy. Ms. Cobb further stated Defendant's belief that the new allegations relating to Coupang, Inc.'s connection to California and Washington would not change its analysis relating to the extraterritorial conduct of the Coupang, Inc. as the allegations primarily related to "Coupang Global," a different entity which was not Plaintiff's employer. I do not recall and did not make note of any mention of the Amended Complaint having been altered such that it identified the wrong entity as Plaintiff's employer. No such issue was discussed with Plaintiff's team after the meet and confer as I am confident it would have been if any member of Plaintiff's team understood that to have been communicated.

5. Once alerted to the fact that the name of Plaintiff's employer, "Coupang LLC" had been inadvertently changed to "Coupang Global LLC" in several places, I worked with Plaintiff's legal team to determine what would be the best means of correcting the errors; first, discussing the possibility of filing a Praeceipe and then discussing securing Defendant's consent

SUBIT DECL. ISO MOT. FOR LEAVE TO FILE CORRECTED AMENDED COMPLAINT
Case No. 23-1887
Page 2 of 3

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (206) 682-6177

for leave to amend and then that asking the court for leave to filing a corrected amended complaint would be the best course.

6. Specifically, following the recovery of a member of Plaintiff's legal team from COVID, Plaintiff's team initialed discussion with Defendant's counsel in order to meet and confer about the issues. Emails were exchanged on March 22, March 25, March 26, and April 1, and April 2, 2024 in which Plaintiff's identified the six identical corrections it sought to make to change the name "Coupang Global LLC" to "Coupang LLC" and suggested the proper process for correcting them. Counsel for Defendant refused to consent to the corrections; one main stated reason was that Defendant did not want to incur an additional round of pleadings and motion to dismiss briefing.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the forgoing is true and correct.

Executed this 19th day of April, 2024, in Seattle, Washington.

*[signature]*
Michael C. Subit

SUBIT DECL. ISO MOT. FOR LEAVE
TO FILE CORRECTED AMENDED
COMPLAINT
Case No. 23-1887
Page 3 of 3

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (206) 682-6177