HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PHILIP SMITH,

        Plaintiff,

v.

COUPANG, INC.,

        Defendant.

CASE NO. 2:23-cv-01887-RAJ

**ORDER**

THIS MATTER is before the Court on Plaintiff's Motion to Seal the Corrected Amended Complaint and Motion to Seal Portions of Plaintiff's Opposition to Defendant's Motion to Dismiss. Dkts. # 36, 40. Defendant, Coupang Inc., does not oppose these motions. Dkts. # 44, 51. The parties agree that the redacted information pertains to information subject to attorney-client privilege.

ORDER - 1

Upon consideration of Plaintiff Philip Smith's Motion to File Paragraphs 29, 31, and 40-43 of the Corrected Amended Complaint Under Seal, and for good cause shown, Plaintiff's Motion to File Under Seal, Dkt. # 36, is **GRANTED**. The Court further **ORDERS** that the redacted portions of paragraphs 29, 31, and 40-43 of the Corrected Amended Complaint (Dkt. # 35) and accompanying exhibits (Dkts. # 35-1 and 35-3) shall be sealed.

Upon consideration of Plaintiff Philip Smith's Motion to Seal Portions of Plaintiff's Opposition to Defendant's Motion to Dismiss, because it references previously sealed paragraphs within the Amended Complaint, and for good cause shown, Plaintiff's Motion to File Under Seal, Dkt. # 40, is **GRANTED**. The Court further **ORDERS** the redacted portions of Plaintiff's Opposition to Defendant's Motion to Dismiss (Dkt. # 39) shall be sealed.

DATED this 13th day of May, 2024.

The Honorable Richard A. Jones
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER - 3