HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIP SMITH,

          Plaintiff,

   v.

COUPANG, INC.,

          Defendant.

CASE NO. 3:23-cv-01887-RAJ

ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Seal the Second Amended Complaint. Dkt. # 55. Defendant, Coupang Inc., does not oppose this motion. The parties agree that the redacted information pertains to information subject to attorney-client privilege.

ORDER - 1

Upon consideration of Plaintiff Philip Smith's Motion to Seal Paragraphs 29, 31, and 40-43 of the Second Amended Complaint, and for good cause shown, Plaintiff's Motion, Dkt. # 55, is **GRANTED**.  The Court further **ORDERS** that the redacted portions of paragraphs 29, 31, and 40-43 of the Second Amended Complaint, Dkt. # 54, shall be sealed.

DATED this 2nd day of August, 2024.

The Honorable Richard A. Jones
United States District Judge