HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIP SMITH,

                    Plaintiff,

        v.

COUPANG, INC.,

                    Defendant.

CASE NO.  3:23-cv-01887-RAJ

ORDER

19    THIS MATTER is before the Court on Plaintiff's Motion to Seal Portions of the
20  Plaintiff's Opposition to Defendant's Motion to Dismiss the Second Amended
21  Complaint.  Dkt. # 64.  Defendant, Coupang Inc., does not oppose this motion.  The
22  parties agree that the redacted information pertains to information subject to attorney-
23  client privilege.
24
25
26

ORDER - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Upon consideration of Plaintiff Philip Smith's Motion to Seal redacted portions of pages 5, 8, and 10-11 of Plaintiff's Opposition, and for good cause shown, Plaintiff's Motion to Seal, Dkt. # 64, is **GRANTED**.  The Court further **ORDERS** that the redacted portions of pages 5, 8, and 10-11 of Plaintiff's Opposition, Dkt. # 63, shall be sealed.

DATED this 20th day of December, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER - 2